UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06 CV 752 DDN ) |
| MALLINCKRODT, INC., | ) ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the request of plaintiff for appointment of counsel (Doc. 1 at 3) is sustained. Attorney S. Todd Hamby, CAPES AND SOKOL, 7701 Forsyth Boulevard, Suite 400, St. Louis, MO, 63105, phone 314-721-7701, fax 314-721-0554, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

**IT IS FURTHER ORDERED** that plaintiff's counsel may have forty-five days from this date in which to file an amended complaint.

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 15, 2006.